THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RICHARD F. RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | **Scheduling Order**<br><br>Case Number: 4:24-cv-00098-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Order to Propose Schedule, if applicable, an Attorney Planning Meeting has been held and the Attorney Planning Meeting Report has been completed. The following deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS**

**EXPRESSLY STATED OTHERWISE**

1. **PRELIMINARY MATTERS**

| | | | |
|---|---|---|---|
| a. | | Fed. R. Civ. P. 26(f)(1) Conference: | *03/04/25* |
| b. | | Participants:<br>Zach Lindley for Plaintiffs<br>Kate Villanueva for Defendant | |
| c. | | Fed. R. Civ. P 26(a)(1) Initial Disclosures: | *03/21/25* |
| d. | | Under Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by the court's electronic-filing system or email transmission. | Yes ☒    No ☐ |

| | | Electronic service constitutes notice and service as required by those rules. The right to service by USPS mail is waived. | | |
|---|---|---|---|---|

## 2. PROTECTIVE ORDER

| a. | | The parties anticipate the case will involve the disclosure of information, documents, or other materials that will be designated as confidential. | Yes ☒ | No ☐ |
|---|---|---|---|---|
| b. | | If the case will involve the disclosure of information, documents, or other materials that will be designated as CONFIDENTIAL, then good cause exists for the court to enter the court's Standard Protective Order (SPO) under DUCivR 26-2: The parties believe that this case may involve disclosure of information, documents, or other materials that will be designated as CONFIDENTIAL and/or CONFIDENTIAL ATTORNEYS' EYES ONLY. | | |

## 3. DISCOVERY PLAN

| a. | | <u>Discovery Plan</u>: The parties agree to the following discovery plan. | Yes ☒ | No ☐ |
|---|---|---|---|---|
| | | Deadline for filing a deposition plan including the names of deponents (or role, if name is unknown) and the place and date of deposition? | *05/21/25* | |
| b. | | <u>Discovery Subjects</u>: Without waiver of any objections to the following areas of discovery, the parties anticipate seeking discovery relating to the relationship and interactions between Plaintiff and Defendant; communications between Plaintiff and Defendant; the underlying policies (contracts) at issue; damages. The parties reserve the right to seek discovery on other subjects as discovery proceeds. | | |
| c. | | <u>Discovery Phases</u>:<br>• Will discovery be conducted in phases? No.<br><br>• Will discovery be limited to or focused on particular issues? No. | | |
| d. | | <u>Electronically Stored Information</u>:<br><br>1. ESI File Format: All ESI will be produced either in native format or in an industry standard load file, PDF, image, and/or text format that is searchable, preserves family relationships and includes at least the following data fields: file name or subject, date sent or last modified, custodian, author, sender, recipient, CC and BCC. Excel, PowerPoint, audio and video files shall be produced natively.<br><br>2. ESI Search Methodology: Each party may use the following search methodology: Keyword search, but only if the party also produces to the | | |

| | | other party the terms searched for and what was searched using the terms. |
| | | |
| | | 3. To the extent there is an issue with the formatting of ESI, the parties agree to meet and confer in good faith to resolve the issue. |

## 4. FACT DISCOVERY

| a. | Fact Discovery Limitations— | |
|---|---|---|
| | 1. | Maximum number of depositions by Plaintiff: | *10* |
| | 2. | Maximum number of depositions by Defendant: | *10* |
| | 3. | Maximum number of hours for each deposition: (*unless extended by agreement of parties*) | *7* |
| | 4. | Maximum interrogatories by any party to any party: | *25* |
| | 5. | Maximum requests for admissions by any party to any party: | *25* |
| | 6. | Maximum requests for production by any party to any party: | *25* |
| | | | |
| b. | Other Fact Discovery Deadlines— | |
| | 1. | Deadline to serve written discovery: | *08/29/25* |
| | 2. | Deadline for fact discovery to close: | *09/30/25* |
| | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (*optional*) | |

## 5. AMENDING OF PLEADINGS AND JOINING OF PARTIES[1]

| a. | Deadline to file a motion to amend pleadings— | | |
|---|---|---|---|
| | 1. | Plaintiff: | | *07/21/25* |
| | 2. | Defendant: | | *07/21/25* |
| | | | | |
| b. | Deadline to file a motion to join additional parties— | | |
| | 1. | Plaintiff: | | *07/21/25* |
| | 2. | Defendant: | | *07/25/25* |

## 6. EXPERT DISCOVERY

| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | |
|---|---|---|---|
| | 1. | Parties bearing the burden of proof: | | *10/31/25* |
| | 2. | Parties not bearing the burden of proof: | | *11/28/25* |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | |
| | 1. | Parties bearing the burden of proof: | | *10/31/25* |
| | 2. | Parties not bearing the burden of proof: | | *11/28/25* |
| | 3. | Rebuttal reports, if any: | | *01/09/26* |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

| | | | | |
|---|---|---|---|---|
| c. | Deadline for expert discovery to close: | | | *02/27/26* |

## 7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION[2]

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | | *03/31/26* |
| b. | Scheduling Conference for purposes of setting a trial date in Room 2B 206 (St. George) before District Judge Ann Marie McIff Allen. | | *04/14/26 at 2:00 p.m.* |

**SO ORDERED** this 5th day of March, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[2] The court will enter the date in Section 7.b.