# United States District Court

## District of Utah, Central Division

RICHARD F. RUSSELL,

        Plaintiff,

        v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:24-CV-98-AMA-PK

        IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant and against Plaintiff.

Dated: February 20, 2026.

By the Court:

Ann Marie McIff Allen
United States District Judge