Christopher S. Hill (9931)
Zachary C. Lindley (17261)
**KIRTON McCONKIE**
36 South State Street, #1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
chill@kmclaw.com
zlindley@kmclaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RICHARD F. RUSSELL, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br> Case No. 4:24-cv-00098-AMA-PK <br><br> District Judge: Ann Marie McIff Allen <br><br> Magistrate Judge: Paul Kohler |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff gives notice that he is appealing to the United States Court of Appeals for the Tenth Circuit the Judgment (Dkt. 45) entered in this case on February 20, 2026, which followed the district court's Memorandum Decision and Order Granting Defendants' Motion for Judgment on the Pleadings and Denying Plaintiff's Cross Motion for Judgment on the Pleadings (Dkt. 44), also entered on February 20, 2026. This notice of appeal is timely pursuant to Fed. R. App. P. 4(a)(1)(A). No post judgment motions have been filed.

DATED this 16th day of March 2026.

Respectfully submitted,

**KIRTON McCONKIE**

/s/ Zachary C. Lindley
Zachary C. Lindley
Christopher S. Hill
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** to be filed using the Court's CM/ECF electronic filing system, which provides service to all counsel of record.

*/s/ Allison Jensen*